IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**JOHNNIE EARL WHEELER**                                   **PETITIONER**

**v.**                                 **CAUSE NO. 5:17-CV-54-DCB-MTP**

**JACQUELYN BANKS**                                        **RESPONDENT**

## FINAL JUDGMENT

This cause having come before the Court on Magistrate Judge F. Keith Ball's Report and Recommendation regarding the Petition for Writ of Habeas Corpus of Johnnie Earl Wheeler, and the Court having adopted the Report and Recommendation as the findings and conclusions of the Court in an Order of even date herewith, and having dismissed the Petition for Writ of Habeas Corpus with prejudice;

Accordingly,

**IT IS HEREBY ORDERED AND ADJUDGED** that Johnnie Earl Wheeler's Petition for a Writ of Habeas Corpus **[Doc. 1]** is **DISMISSED WITH PREJUDICE.**

**SO ORDERED**, this the 9th day of February, 2018.

                                             /s/ David Bramlette
                                             UNITED STATES DISTRICT JUDGE